# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

Terri Stemler,

        Plaintiff,          Case No.: 1:14-cv-01322

                                    Honorable Judge Paul L. Maloney

v.

Merchants & Medical Credit Corporation, Inc.

        Defendant.

## ORDER REGARDING STIPULATED ORDER OF DISMISSAL

The Court, having reviewed the parties' Stipulation of Dismissal, and finding good cause shown; now, therefore:

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice. It is further ordered that each side shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

                                             /s/ Paul L. Maloney

Date: February 18, 2016          Honorable Judge Paul L. Maloney